THE MANHATTAN LIFE INSURANCE COMPANY, Respondent, *v.* DEBORAH ALEXANDER, as Administratrix of MORRIS ALEXANDER, Deceased, Appellant, and JACOB P. SOLOMON, Defendant.

*Manhattan Life Ins. Co.* v. *Alexander*, 89 Hun, 449, affirmed.
(Argued March 16, 1899; decided April 18, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered October 28, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Henry A. Forster* for appellant.

*Artemas H. Holmes* and *Edward S. Rapallo* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur, except PARKER, Ch. J., not sitting.

---

NICHOLAS ESPENSCHEID, Administrator of BARBARA ESPENSCHEID, Appellant, *v.* FREDERICK ESPENSCHEID et al., Respondents.

*Espenscheid* v. *Espenscheid*, 2 App. Div. 615, affirmed.
(Argued March 17, 1899; decided April 18, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 27, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Stephen K. Williams* and *Byron C. Williams* for appellant.

*Edson W. Hamm* for respondents.

Judgment affirmed, with costs; no opinion. All concur.